AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail Parcel, 9505 5148 8230 2134 6629 89,<br>addressed to MIKE MARTINEZ,12935 Huber Rd,<br>Bentonville  AR  72713-9279 | ) ) ) ) ) ) | Case No.   5:22 CM _____<br><br>5:22-cm-00020-CDC |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Parcel, EL539514725US, addressed to 9505 5148 8230 2134 6629 89, addressed to MIKE MARTINEZ,12935 Huber Rd., Bentonville, AR  72713-9279, in the Western District of Arkansas see also Attachment A.

located in the _____Western_____ District of _____Arkansas_____, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substances, proceeds or currency related to the sale or distribution of controlled substances, packaging materials associated with the transportation of controlled substances via the United States Mail, and correspondence and other paraphernalia associated with the use or distribution of controlled substances, as set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 846 | Conspiracy to possess with intent to distribute a controlled substance; Possession with intent to distribute a controlled substance. |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kasey Hanson, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 18, 2022

*Judge's signature*

City and state: Fayetteville, AR

Hon. Christy Comstock, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

Suspect Parcel

| | |
|---|---|
| USPS First Class Mail No.: | 9505 5148 8230 2134 6629 89 |
| Sender: | JOE MORAN<br>15561 CANOE GROVE<br>MORENO VALLE CA, 92551 |
| Addressee: | MIKE MARTINEZ<br>12935 Huber Rd<br>Bentonville AR 72713-9279 |
| Date Mailed: | May 14, 2022 |
| Class of Mail: | USPS Priority Mail |
| Place Mailed: | Moreno Valley, CA 92553 |
| Postage: | $16.10 |
| Weight: | 3 lb 10 oz. |



## ATTACHMENT B

### Items to be Searched for and Seized

1. Steroids, cocaine, fentanyl, methamphetamine, marihuana and heroin.

2. Packaging, baggies, blister packs, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, and/or other substances with a strong odor.

3. Any and all records reflecting the sending and receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, stored value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substance, including books, receipts, notes, ledgers, pay owe sheets, correspondence, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substance trafficking activities, all of which are evidence, fruits, and/or instrumentalities of violations of Title 21, United States Code, Sections 841 (a), and 846.

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Kasey Hanson, your Affiant being duly sworn, depose and state as follows:

1. I am a federal agent employed by the United States Postal Inspection Service (USPIS), currently assigned to the Western District of Arkansas, duly appointed according to law and acting as such. My responsibilities include the investigation of controlled substances transported through the Postal Service, in violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. I have experience investigating narcotics offenses and have received related training through the USPIS.

### Purpose of Affidavit

2. I make this affidavit in support of search warrant application for the parcels described as follows (hereinafter "Suspect Parcel"):

### Suspect Parcel

| | |
|---|---|
| USPS First Class Mail No.: | 9505 5148 8230 2134 6629 89 |
| Sender: | JOE MORAN<br>15561 CANOE GROVE<br>MORENO VALLE CA, 92551 |
| Addressee: | MIKE MARTINEZ<br>12935 Huber Rd<br>Bentonville AR 72713-9279 |
| Date Mailed: | May 14, 2022 |
| Class of Mail: | USPS Priority Mail |
| Place Mailed: | Moreno Valley, CA 92553 |
| Postage: | $16.10 |
| Weight: | 3 lb 10 oz. |



3. Part of Affiant's responsibilities on the Little Rock team is the investigation of controlled substances transported through the U.S. Postal Service which constitutes a violation of Title 21, United States Code, Section 841(a)(1) and 846, The Drug Abuse Prevention and Control Act and Conspiracy. This Affidavit is based upon Affiant's personal investigation and upon information received from other law enforcement officers and agents who are identified herein; and is made in support of an application for a search warrant for the following suspect parcel.

4. For the reasons set forth below, I have probable cause to believe that illegal narcotics, pharma, or currency related to the sale or distribution of controlled substances will be found inside the above-described suspect parcel. Since this Affidavit is for the limited purpose of establishing probable cause to support a search warrant, it contains only a summary facts necessary to establish probable cause. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit.

5. The grounds for issuance of the search warrant are derived from your Affiant's review of the physical evidence, discussions with participating agencies, and interviews of persons who have personal knowledge of the events described herein.

### Affiant's Experience

6. I have been a federal agent with the USPIS for nine (9) years. Prior to employment with the USPIS, I was employed as a certified police officer in the State of Arkansas for thirteen (13) years. During that time, I worked on numerous criminal investigations. I have worked with other agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

7. Through training and participation in criminal investigations, I have become familiar with and have participated in the following methods of investigations, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, and the use of search warrants and undercover agents.

8. I am aware through training and experience, as well as through information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the U.S. Mail is a common and preferred method of drug traffickers shipping their product. The Express Mail, First Class Mail, and Priority Mail Express services are frequently used by drug dealers for shipping illegal drugs, and for shipping the proceeds and money from illegal drug sales and purchases. Use of the U.S. Mail is favored because of the speed, reliability, and low cost of this service, tracking capabilities, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

9. I am also aware that drug traffickers often use pre-paid postage address labels, fictitious names or no names on the return addresses and for the addressees, in order to avoid detection in the event the parcel is intercepted by law enforcement. I am further aware that drug traffickers will often use fictitious return addresses and names or no names to hinder investigative efforts and to hide their true identities. Drug traffickers will often times send these parcels to fictitious names at the delivery addresses to minimize and conceal responsibility and to avoid being arrested. Drug traffickers involved in "Dark Web" drug sales use online markets and often use crypto-currency prepaid postage to attempt to stay anonymous. In addition, persons who are involved with Dark Web narcotics trafficking maintain methods and supplies for sending narcotics through the mail, including packaging materials, boxes, labels, label printers, and online accounts for pre-purchasing postage.

## Investigation

10. On May 12, 2022, DEA Special Agent Michael Brooks contacted me and advised he believed the address of "12935 Huber Road, Bentonville, AR 72713" was possibly receiving illegal drugs in the US Mail. His investigation led investigators to believe the address was being used by Humberto Esparza FLORES as a "stash location." A "stash location" is a place where drug traffickers or dealers store or receive drugs.

11. Using USPS databases, I found where the address had received three (3) parcels sent from the area of Moreno Valley, CA. Based upon my training, experience, and knowledge of this and similar investigations, I believe this area of California is a drug source area.

12. On April 2, 2022, USPS Priority Mail parcel 9505 5130 1316 2092 7717 00 showed to have been sent from "Martin Perez Orozco, 11985 Tributary Way, Jurupa Valley, CA 91752" to "Lupe Orozco, 12935 Huber Rd., Bentonville, AR 72713-9279." The parcel is listed as having been mailed from Jurupa Valley, CA 91752, but the suspect parcel was actually mailed in Corona, CA 92877. Using a law enforcement database, I verified 11985 Tributary Way, Jurupa Valley, CA 91752 is a valid address; however, Martin Perez Orozco is not associated with the address. Additionally, 12935 Huber Road, Bentonville, AR 72713 shows to be a valid address; however, Lupe Orozco is not associated with the address. The parcel weighed 6 lb 4 oz and postage was $16.10.

13. On April 4, 2022, USPS Priority Mail parcel 9505 5148 8229 2096 7397 54 showed to have been sent from "Antonio Perez Sandoval, 6804 Ebro Ct., Jurupa Valley, CA 91752" to "Maria Sandoval, 12935 Huber Rd., Bentonville, AR 72713-9279." The parcel is listed as having been mailed from Jurupa Valley, CA 91752, but the suspect parcel was actually mailed in Moreno Valley, CA 92553. Using the same law enforcement database, I was unable to verify 6804 Ebro Ct., Jurupa Valley, CA 91752 as a valid address. Additionally, 12935 Huber Road, Bentonville, AR 72713 shows to be a valid address; however, Maria Sandoval is not associated with the address. The parcel weighed 3 lb 10 oz and postage was $16.10.

14. On May 15, 2022, I located USPS Priority Mail parcel 9505 5148 8230 2134 6629 89 sent from "Joe Moran, 15561 Canoe Grove, Moreno Valle, CA 92551" to "Mike Martinez, 12935 Huber Rd., Bentonville, AR 72713-9279." Using the same law enforcement database, I was unable to verify 15561 Canoe Grove, Moreno Valle, CA 92551 as a valid address. Additionally, Mike Martinez is not associated with 12935 Huber Road, Bentonville, AR 72713.

15. On May 16, 2022, I identified the Suspect Parcel in the USPS mail stream. I made contact with supervisors of the USPS processing plant in Fayetteville, AR. The Suspect Parcel was located at the plant and held.

16. On May 17, 2022, I travelled to the USPS facility and took possession of the Suspect Parcel. Prior to my arrival, the Suspect Parcel was secured in a supervisor's office. Upon taking possession, I verified the Suspect Parcel was unharmed and did not appear to have been tampered with.

17. On May 17, 2022, I requested University of Arkansas Police Department K9 Officer Ryan Barber and his police canine (K-9) "Rickie," conduct controlled sweeps of the Suspect Parcel at the DEA Fayetteville, AR Resident Office. "Rickie" has a current certification from the National Narcotic Detector Dog Association (NNDDA) and Arkansas State Certification to detect the odor of marijuana, methamphetamine, cocaine, fentanyl, and heroin. Barber has a current certification from NNDDA to use "Rickie" in drug detection.

18. On May 17, 2022, the Suspect Parcel, along with three control parcels which did not contain any controlled substances, were placed in a straight line on the sidewalk outside of the DEA Fayetteville, AR Resident Office. The parcels were placed randomly, with the Suspect Parcel being placed, from left to right, second in line. Neither Barber, nor his police canine (K-9) "Rickie," were present during the placement of the Suspect Parcel. Barber deployed "Rickie" for a narcotics sniff of the parcels. "Rickie" alerted on the Suspect Parcel, indicating it contains at least one of the drugs "Rickie" is certified in detecting: marijuana, methamphetamine, cocaine, fentanyl and heroin.

19. As of May 17, 2022, the Suspect Parcel has been secured with affiant to await possible inquiries as to the parcel's location by potential criminal suspects. To my knowledge, no legitimate claims or inquiries have been made with regard to the subject parcels.

Probable Cause

20. Based upon the foregoing facts and circumstances, I believe probable cause exists that illegal narcotics or materials related to the sale or distribution of controlled

substances will be found in the above-described suspect parcel. I respectfully request authorization to search the suspect parcel for any such controlled substances, packaging material associated with controlled substances, or correspondence associated with the use or distribution of controlled substances.

KASEY HANSON
United States Postal Inspector

Subscribed and sworn to before me on this 18th day of May, 2022.

Hon. Christy Comstock
United States Magistrate Judge